### 30391. SMITH v. THE STATE.

MacINTYRE, J. 1. The accused was, charged with the manufacture of intoxicating liquors. Applying the rule laid down in *Yonce* v. *State,* 154 *Ga.* 419 (114 S. E. 325), and *Flint* v. *State,* 29 *Ga. App.* 222 (114 S. E.

698

585), both of which were cases of manufacturing intoxicating liquors, to the evidence in the instant case, the verdict was authorized.

2. In the *Yonce* case, supra, the Supreme Court answered a certified question from this court, and laid down a rule which was later embodied in a charge by the trial court. This charge was approved by this court in *Smith* v. *State*, 43 *Ga. App.* 223 (158 S. E. 365). See also *West* v. *State*, 68 *Ga. App.* 56, 62 (22 S. E. 2d, 115). The excerpt from the charge here excepted to is supported by all of the above-cited cases.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED FEBRUARY 24, 1944.

M. G. *Hicks*, J. F. *Kelly*, for plaintiff in error.
*Henderson L. Lanham*, solicitor-general, contra.